**FILED**
FEB 06 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON
Magistrate Judge Schneider

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 23 CR 50048 |
| | ) | |
| vs. | ) | Violations: Title 21, United States Code, Section 841(a)(1); Title 18, United States, Section 922(g)(1). |
| SEAN CLAEYSSEN | ) | |

### COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about October 24, 2023, at Cherry Valley, in the Northern District of Illinois, Western Division,

SEAN CLAEYSSEN

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about October 25, 2023, at Cherry Valley, in the Northern District of Illinois, Western Division, and elsewhere,

### SEAN CLAEYSSEN

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about November 9, 2023, at Cherry Valley, in the Northern District of Illinois, Western Division,

SEAN CLAEYSSEN

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about December 4, 2023, at Cherry Valley, in the Northern District of Illinois, Western Division,

SEAN CLAEYSSEN

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about December 18, 2023, at Rockford, in the Northern District of Illinois, Western Division,

### SEAN CLAEYSSEN

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a loaded firearm, namely an Israel Weapon Industries, Model Desert Eagle, Pistol bearing serial number 42316149, which firearm had been transported in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United State Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g) as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, Israel Weapon Industries, Model Desert Eagle, Pistol bearing serial number 42316149, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY